# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2017

152653(19)

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 152653
COA: 327239
Wayne CC: 06-013764-FC

WILSHAUN KING,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's September 29, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2017



Clerk

p0227